**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZACHARY KALMBACH**
*Senior Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

August 26, 2026

**By ECF**
Honorable Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Ruiz v. City of New York, et al.,
26 Civ. 4018 (DWH)

Your Honor:

I represent defendants the City of New York and the New York City Department of Correction (the "City defendants") in the above-referenced matter. I write on behalf of all defendants to respectfully request that the Court endorse the below briefing schedule regarding defendants' anticipated motions to dismiss the Complaint. Plaintiff consents to the schedule.

By way of background, plaintiff filed this putative class action against the City defendants, Kathy Hochul, and Alvin Bragg, asserting various federal and state law claims based on the allegation that defendants are illegally detaining pre-trial detainees who are being held on fugitive warrants from other states (ECF No. 5). Defendants have each been granted one extension of time to respond to the Complaint, and they are currently due to do so by September 4, 2026 (ECF Nos. 9, 11, 14).

All of the defendants intend to move to dismiss the Complaint. As such, defendants respectfully request that the Court endorse the following briefing schedule regarding their anticipated motions:

- Defendants shall file their motion papers by October 5, 2026;
- Plaintiff shall file his opposition papers by December 7, 2026; and
- Defendants shall each file their reply papers, if any, twenty-one days after plaintiff opposes their respective motions.

Thank you for your time and consideration.

Respectfully,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

cc: **Via ECF**
All counsel of record

**Application GRANTED. Defendants shall file a single consolidated motion to dismiss by October 5, 2026. Plaintiff's opposition shall be due December 7, 2026. Defendants' single consolidated reply shall be due 21 days after Plaintiff files an opposition brief. Defendants are directed to file any motion seeking a page limit extension by September 10, 2026.**

**The Clerk of Court is respectfully directed to terminate ECF No. 19.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: August 27, 2026
New York, New York