UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Ruiz,<br>Plaintiff,<br>v.<br>The City of New York, et al.,<br>Defendants. | 26-CV-4018 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

In light of the parties' failure to submit the joint letter called for in its May 18, 2026 Order, ECF No. 2, the Initial Pretrial Conference in this case is hereby **ADJOURNED** to **September 17, 2026** at **11:00 a.m.** The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 558 769 792, followed by the pound (#) sign.

The parties shall submit the joint letter referenced in the Court's Order at ECF No. 2 n**o later than Friday, September 11, 2026.**

SO ORDERED.

Dated: September 9, 2026
New York, New York

DALE E. HO
United States District Judge