STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

ZACHARY KALMBACH
*Senior Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

September 10, 2026

**By ECF**
Honorable Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED**. The Initial Pretrial Conference is hereby **ADJOURNED** to **October 1, 2026** at **11:00 am**. The dial-in information remains the same. The parties shall submit the joint letter referenced in the Court's Order at ECF No. 2 **no later than Thursday, September 24, 2026**.

SO ORDERED.
Dated: September 11, 2026
New York, New York

Dale E. Ho
United States District Judge

Re: Ruiz v. City of New York, et al.,
26 Civ. 4018 (DEH)

Your Honor:

I represent defendants the City of New York and the New York City Department of Correction (the "City defendants") in the above-referenced matter. The City defendants write to respectfully request an adjournment of the Initial Conference currently scheduled for September 17, 2026, at 11:00 a.m. (ECF No. 23). This is the City defendants' first such request, however, the conference has been adjourned twice. An adjournment would not affect any other presently-scheduled deadlines. All other parties consent to this request.

By way of background, on May 18, 2026, the Court scheduled the Initial Conference for July 30, 2026, at 2:00 p.m. (ECF No. 2). On July 6, 2026, the Court granted defendant Bragg's request to adjourn the conference, and adjourned it to September 10, 2026, at 10:30 a.m. (ECF No. 9). On September 9, 2026, the Court adjourned the conference to September 17, 2026, at 11:00 a.m., due to the parties' failure to submit a require joint letter and case management plan (for which the parties sincerely apologize) (ECF No. 23).

Unfortunately, I am unavailable for the conference as currently scheduled, as I am scheduled to appear for a discovery conference in the Eastern District of New York that begins at the same time on the same date. See Franco-Lopez v. Molina, et al., 25-CV-702 (OEM) (PCG) (Docket Entry Dated September 2, 2026) ("A discovery conference will be held before Magistrate Judge Peggy Cross-Goldenberg via Zoom on September 17, 2026 @ 11:00 AM.").

As such, the City defendants respectfully request an adjournment of the Initial Conference to a later date convenient for the Court. For the Court's convenience, the parties are all available October 1, 14, and 19, 2026.

Thank you for your time and consideration.

Respectfully,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

cc: **Via ECF**
All counsel of record