UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Ruiz,

Plaintiff,

v.

City of New York et al.,

Defendant(s).

26-CV-4018 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' joint letter, ECF No. 26, filed in advance of the Initial Pretrial Conference scheduled for October 1, 2026. The letter states: "Defendants respectfully submit that discovery should be stayed pending resolution of defendants' anticipated fully-dispositive motion to dismiss the Complaint." ECF No. 26, at 2. In light of this request, Defendants are directed to submit a letter brief of no more than three pages explaining why the requested stay of discovery is warranted, including whether Plaintiff opposes the request, **no later than Monday, September 21, 2026**. Plaintiff may file a responsive letter brief of no more than three pages **no later than Friday, September 25, 2026**.

SO ORDERED.

Dated: September 14, 2026
New York, New York

DALE E. HO
United States District Judge