**DISTRICT ATTORNEY**
**COUNTY OF NEW YORK**
**ONE HOGAN PLACE**
**New York, N. Y. 10013**
**(212) 335-9000**

**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

October 6, 2026

**Via ECF**
The Honorable Dale E. Ho
United States District Judge
United States District Court
for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Michael Ruiz, et al. v. The City Of New York, et. al.*.
26 Civ. 04018 (DEH)

Dear Judge Ho:

I am an Assistant District Attorney and Assistant General Counsel in the Office of Alvin L. Bragg, Jr., the New York County District Attorney, and am assigned to represent District Attorney Bragg, a defendant in the above-referenced action. I write to inform the Court that in filing my Declaration in support of Defendants' Joint Motion to Dismiss the Complaint yesterday (October 5, 2026), two identical Declarations were filed, i.e., ECF No. 34 and ECF No. 35. This occurred because my initial attempt at filing did not produce a filing acknowledgment, which prompted me to make a second attempt. (An even earlier attempt was rejected with an indication that the file size was too large, so I was unsure whether my reduced file size had been accepted.) Both filings were timely, and ultimately I received confirmation that both filings had, in fact, gone through (i.e., ECF Nos. 34 and 35). (In addition, I see that I must have inadvertently filed the Declaration under the heading of "motions," and therefore have re-filed under the "declarations" heading to avoid confusion.) I respectfully ask that the Court request the Clerk close ECF Nos. 34 and 35 in lieu of the corrected filing of the Defendants' Declaration in support of the Motion to Dismiss.

I apologize to the Court for any inconvenience, and thank the Court for its indulgence in this matter.

Respectfully submitted,

Victor Olds
Victor Olds
Assistant District Attorney/Assistant General Counsel
*Attorney for Defendant Bragg*
(212) 335-9570
oldsv@dany.nyc.gov

Application **GRANTED**. The Clerk of Court is respectfully directed to close ECF Nos. 34 and 35.

SO ORDERED.

Dated: October 7, 2026
New York, New York

Dale E. Ho
United States District Judge

cc: All Counsel of Record (Via ECF)