UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Ruiz,

Plaintiff,

v.

City of New York, et al.,

Defendants.

26-CV-4018 (DEH)

ORDER

DALE E. HO, United States District Judge:

On October 5, 2026, Defendants filed a Joint Motion to Dismiss in this case, ECF No. 32. Accordingly, the deadline for Plaintiff to respond was October 19, 2026. *See* Local Rule 6.1(b). As of today, Plaintiff has not filed any response to the motion. The Court sua sponte extends Plaintiff's deadline to respond to the motion until **November 25, 2026**. If no opposition is filed and no extension is granted by that date, the Court will treat the motion as unopposed.

SO ORDERED.

Dated: November 19, 2026
New York, New York

DALE E. HO
United States District Judge