UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Ruiz,

Plaintiff,

v.

City of New York, et al.,

Defendants.

26-CV-4018 (DEH)

ORDER

DALE E. HO, United States District Judge:

The prior Order issued in this case, ECF No. 39, was issued in error. In fact, the Court previously granted the parties' request for a briefing schedule under which Plaintiff's opposition papers are to be filed by December 7, 2026. *See* ECF No. 20. The Court hereby confirms that the deadlines set forth in ECF No. 20 remain operative, and Plaintiff shall file his Opposition to Defendants' Motion to Dismiss by **December 7, 2026**.

ECF No. 39 is hereby **VACATED**.

SO ORDERED.

Dated: November 19, 2026
New York, New York

DALE E. HO
United States District Judge